In the Matter of the Probate of the Will of HENRY ALTMAYER, Deceased. BEATRICE A. RODNEY, Appellant; EMIL H. WASSERBERGER et al., Respondents.

Argued December 4, 1945; decided January 18, 1946.

*James N. Vaughan* and *George Feinberg* for appellant.

*Lawrence S. Timen* and *Edwin B. Wolchok* for proponent, respondent.

*Donald T. Mullane* for special guardian, respondent.

Order of Appellate Division reversed and decree of Surrogate's Court affirmed, with costs, in this court and in the Appellate Division, upon the ground that the findings of the Surrogate are in accordance with the weight of the evidence. No opinion. [See 295 N. Y. 894.]

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Thacher, Dye and Medalie, JJ.